# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALES, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00459-LJO-SAB (PC)<br><br>ORDER GRANTING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S REQUEST FOR EXTENSION OF TIME TO FILE THE CDCR NOTICE OF E-SERVICE WAIVER<br><br>(ECF No. 17)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Michael Gonzales is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is the California Department of Corrections and Rehabilitation's ("CDCR") request for an extension of time to file the CDCR Notice of E-Service Waiver, filed on December 10, 2019. (ECF No. 17.)

Good cause having been presented, CDCR's request for an extension of time, (ECF No. 17), is HEREBY GRANTED. CDCR is directed to file the CDCR Notice of E-Service Waiver within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   __December 11, 2019__          _____
                                                     UNITED STATES MAGISTRATE JUDGE