UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALES, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00459-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 38] |

      Plaintiff Michael Gonzales is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's motion for discovery, filed on June 2, 2020. Plaintiff requests several documents to be produced by Defendants.

      Plaintiff is advised that the Court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses. As stated in the Court's March 3, 2020 discovery and scheduling order, discovery requests and responses normally are exchanged between the parties without any copy sent to the court. Only when the parties have a discovery dispute that they cannot resolve among themselves should the parties even consider asking the Court to intervene in the discovery process. The Court does not have enough time or resources to oversee all discovery, and therefore requires that the parties present to it only their very specific

1  disagreements. Accordingly, Plaintiff's motion for discovery is denied, and it should be served only
2  on Defendants.

4  IT IS SO ORDERED.

5  Dated:  **June 3, 2020**

6  UNITED STATES MAGISTRATE JUDGE