1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL GONZALES,                    )   Case No.: 1:19-cv-00459-NONE-SAB (PC)
                                          )
12              Plaintiff,                )
                                          )
13        v.                              )   ORDER ADOPTING FINDINGS AND
                                          )   RECOMMENDATIONS
14   GONZALES, et.al.,                    )
                                          )   (Doc. Nos. 30, 31)
15              Defendants.               )
                                          )
16                                        )
                                          )
17   _____ )

18        Plaintiff Michael Gonzales is appearing *pro se* and *in forma pauperis* in this civil rights action

19   pursuant to 42 U.S.C. § 1983.

20        On April 13, 2020, the magistrate judge issued findings and recommendations recommending

21   that defendants Gonzales[1] and Cena be dismissed from this action pursuant to Federal Rule of Civil

22   Procedure 4(m).  (Doc. No. 30.)[2]  The findings and recommendations were served on plaintiff and

23   contained notice that objections were due within thirty days.  (*Id.*)  Plaintiff filed objections on May

24

25   _____

26   [1] A defendant named Gonzalez already has been served (*see* Doc. No. 27), but plaintiff appears to
     insist that there is a second individual, named Gonzales or Gonzalez, who was also involved in the
27   challenged conduct.  (*See* Doc. No. 32.)

28   [2] A verbatim copy of the findings and recommendations inadvertently was issued again on April 13,
     2020.  (Doc. No. 31.)

                                          1

15, 2020.  (Doc. No. 32.)  Defendants filed a response to plaintiff's objections on May 20, 2020. (Doc. No. 33.)

Plaintiff's objections offered no response to defendants' assertion that there was no Officer Cena working at KVSP, at least not during the time period relevant to the allegations of plaintiff's complaint.  (*See* Doc. No. 33 at 2.)  Moreover, in an abundance of caution, the court directed defendants to clarify their efforts to identify defendant Gonzales based upon information plaintiff provided in his objections.  (Doc. No. 34.)  In response, defendants have now specifically indicated that they  performed a search cross-referencing all the specific dates provided by plaintiff and the court.  (Doc. No. 42.)  According to defendants, the only staff member named Gonzales or Gonzalez who worked in plaintiff's housing unit on the dates provided has already been served as a defendant in this action.  (*Id*.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The April 13, 2020 findings and recommendations (Doc. Nos. 30, 31) are adopted in full; and

2. Defendants Gonzales and Cena are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:   **June 15, 2020**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE