UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | Case No.: 1:19-cv-00459-NONE-SAB (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| GONZALES, et.al., | ) | (Doc. Nos. 40, 50) |
| Defendants. | ) | |

Plaintiff Michael Gonzales is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment due to plaintiff's failure to exhaust his administrative remedies prior to filing suit be granted, except as to plaintiff's claim against defendant Gonzalez with respect to incidents that allegedly took place before May 28, 2018. (Doc. No. 50 at 13.) The findings and recommendations were served on the parties and contained notice that objections were due within thirty days. (*Id.*) No objections were filed and the time to do so has expired.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the pending findings and recommendations (Doc. No. 50) to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 13, 2020 (Doc. No. 50) are adopted in full;
2. Defendants' June 3, 2020 motion for summary judgment based upon the contention that plaintiff failed to exhaust his administrative remedies prior to filing suit as required (Doc. No. 40), is granted except with respect to plaintiff's claim against defendant Gonzalez based upon incidents that allegedly took place prior to May 28, 2018; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 26, 2020**                           ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                                       UNITED STATES DISTRICT JUDGE