UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALES, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00459-NONE-SAB (PC)<br><br>**AMENDED DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Michael Gonzales is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 28, 2020, Defendants' exhausted related motion for summary judgment was granted as to all claims except with respect to Plaintiff's claim against Defendant Gonzalez based upon incidents that allegedly took place prior to May 28, 2018, and the matter was referred back to the undersigned for further proceedings.  (ECF No. 51.)

Accordingly, it is HEREBY ORDERED that the March 3, 2020 discovery and scheduling order is amended as follows:

1. The deadline for amending the pleadings is **January 4, 2021**;
2. The discovery for completion of all discovery, including filing motions to compel discovery, is **March 4, 2021**;

1

3. The deadline for filing dispositive motions is **May 4, 2021**; and

4. All other provisions of the Court's March 3, 2020 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **September 29, 2020**

UNITED STATES MAGISTRATE JUDGE