UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>   Plaintiff,<br><br>   v.<br><br>GONZALEZ, et al.,<br><br>   Defendant. | Case No.: 1:19-cv-0459 JLT SAB (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING THE MOTION FOR SUMMARY JUDGMENT BY DEFENDANT J. GONZALEZ<br><br>(Docs. 55, 62) |

Michael Gonzales is a state prisoner and seeks to hold several correctional officers liable for providing food tainted with involuntary antipsychotic medication without a court order, in violation of his right to due process under the Fourteenth Amendment. (*See generally* Doc. 1; *see also* Doc. 8 at 7-8; Doc. 9.) Specifically, Plaintiff believes Officer J. Gonzalez obtained Thorazine, Haldol, or Cogentin in white power form and placed it in his food in May 2018. (*See* Doc. 62 at 6, 12.) Officer J. Gonzalez seeks summary judgment on the claim against him. (Doc. 55.)

On November 22, 2021, the assigned magistrate judge issued Findings and Recommendations addressing the motion for summary judgment. (Doc. 62.) The magistrate judge noted Plaintiff "failed to provide any evidence in support of his opposition." (*Id.* at 14.) The magistrate judge also found Plaintiff's "statement that Defendant Gonzalez placed mediations in his food is conclusory and does not provide specific information relating to the medications involved, the color or form of the medications, and the dates or manner in which they were alleged to have been placed in his food." (*Id.*) The

1

magistrate judge determined it was "undisputed that none of the three medications identified by Plaintiff existed in white powder format." (*Id.* at 13.) The magistrate judge concluded the undisputed evidence also showed "Defendant Gonzalez never received any medication, in white powder or otherwise, to administer to Plaintiff." (*Id.* at 13-14.) Accordingly, the magistrate judge recommended the motion for summary judgment by Officer J. Gonzalez be granted. (*Id.* at 14.)

The parties were granted thirty days from the date of service to file any objections to the recommendation of the magistrate judge. (Doc. 62 at 15.) Thus, Plaintiff was to file any objections to the Findings and Recommendations no later than December 28, 2021. In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated November 22, 2021 (Doc. 62) are **ADOPTED IN FULL**.
2. The motion for summary judgment (Doc. 55) is **GRANTED**; and
3. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Gonzalez and to close this action, because this order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **February 25, 2022**

UNITED STATES DISTRICT JUDGE

2