UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALES, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00459-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST RELATING TO FILING FEE<br><br>(ECF No. 68) |

    On February 25, 2022, the instant action filed by Plaintiff Michael Gonzales pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.

    On March 16, 2022, Plaintiff filed a notice requesting that the filing fee be paid by law librarian Santiago. Plaintiff specifically contends that he did not intend to file this action and believes law librarian Santiago filed it in retaliation.

    The Court does not credit Plaintiff's claim that he did intend to voluntarily file this as a review of the docket in this case reflects that he thoroughly litigated this case to final judgment. Further, under Rule 3 of the Federal Rules of Civil Procedure, "A civil action is commenced by filing a complaint with the court." Plaintiff commenced this civil action by filing a complaint with the Court, and the filing fee is owed upon initiation of an action. The obligation to pay the filing fee is not predicated upon the guarantee of some particular outcome within a particular time frame. 28 U.S.C. §

1

1915.  Plaintiff voluntarily filed this action, triggering the obligation to pay a filing fee, and Plaintiff is not due a refund because it has not proceeded as he envisioned.  In addition, Accordingly, Plaintiff's request to have law librarian Santiago pay for this action or for the Court to refund any filing fee is DENIED.

IT IS SO ORDERED.

Dated:   **March 17, 2022**

_____
UNITED STATES MAGISTRATE JUDGE